# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUCE BARNAUSKAS,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>　　　　　　Defendant. | NO. 3:18-cv-919-ARC<br>(JUDGE A. RICHARD CAPUTO) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby STIPULATE and AGREE that the above-captioned action shall be DISMISSED WITHOUT PREJUDICE.

Each party shall be responsible for its own costs and counsel fees.

/s/ *Brett M. Freeman (with permission)*
Brett M. Freeman (No. 308834)
brett@bankruptcypa.com
Sabatini Freeman, LLC
216 N. Blakely Street
Dunmore, PA  18512
Telephone:  570.341.9000
Facsimile:  570.504.2769

/s/ *Daniel JT McKenna*
Daniel JT McKenna (No. 93930)
mckennad@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA  19103
Telephone:  215.864.8164
Facsimile:  215.864.8999

Dated:  August 9, 2018