IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUCE BARNAUSKAS,<br><br>    Plaintiff,<br><br>v.<br><br>GC SERVICES LIMITED PARTNERSHIP,<br><br>    Defendant. | NO. 3:18-cv-919-ARC<br>(JUDGE A. RICHARD CAPUTO) |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby STIPULATE and AGREE that the above-captioned action shall be DISMISSED WITHOUT PREJUDICE.

Each party shall be responsible for its own costs and counsel fees.

/s/ Brett M. Freeman (with permission)
Brett M. Freeman (No. 308834)
brett@bankruptcypa.com
Sabatini Freeman, LLC
216 N. Blakely Street
Dunmore, PA 18512
Telephone: 570.341.9000
Facsimile: 570.504.2769

/s/ Daniel JT McKenna
Daniel JT McKenna (No. 93930)
mckennad@ballardspahr.com
BALLARD SPAHR LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Telephone: 215.864.8164
Facsimile: 215.864.8999

Dated: August 9, 2018

SO ORDERED:

_____  Date: 11/5/18
A. Richard Caputo
United States District Judge